# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0804.  WENDY ACHENBACK MEEKS et al. v. LILO ACHENBACH.**

Wendy Achenbach Meeks and Gerald Hope Achenbach, III, filed a declaratory judgment action alleging that Lilo Achenbach had abused her position as executrix of the estate of Gerald Hope Achenbach, Jr.  The plaintiffs sought to enjoin the executrix from distributing assets of the estate.  The parties attempted to settle the dispute, and the plaintiffs filed a motion to enforce a settlement agreement.  The trial court denied the motion, finding that jury issues remained.  The plaintiffs filed this direct appeal from the trial court's ruling.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Here, the declaratory judgment action remains pending in the trial court.  Because the trial court's order was not final, the plaintiffs were required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) in order to obtain appellate review. See *Pace Constr. Corp. v. Northpark Assoc.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994). Their failure to do so deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/22/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*  , *Clerk.*